

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YSLETA INDEPENDENT SCHOOL DISTRICT, | § | No. 08-18-00115-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 243rd District Court |
| | § | |
| ALFONSO GUZMAN, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2017DCV1412 |
| | § | |

### **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order each party bear their own costs and attorney's fees, and this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.